ESTATE OF JADIN : JADIN, Appellant, vs. SIMON, Executor, and others, Respondents.

*May 10—June 18, 1928.*

For the appellant the cause was submitted on the brief of *A. B. Fontaine* and *G. F. Clifford,* both of Green Bay.

*W. E. Wagener* of Sturgeon Bay, attorney for the respondent executor.

ROSENBERRY, J. The law of the case is settled by *Will of Durkee,* 164 Wis. 41, 159 N. W. 555. Whether or not the order admitting the will to probate should be set aside rested in the sound discretion of the trial court. We find no abuse of discretion by the trial court.

*By the Court.*—The order appealed from is affirmed.